IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                            CASE NO. 1:06-cr-00027-MP-AK

BRANDON K. CAMPBELL,
FREDERICK C. HALL,
DOMANEK A. WILLIAMS,
GIOVANNI G. CONEY,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 62, Motion to Continue filed by Defendant Campbell, Doc. 64, Motion to Continue filed by Defendant Williams, and Doc. 65, Motion to Continue filed by Defendant Hall. A telephone conference was held on these motions on Friday, October 6, 2006, during which the Government stated that it did not object to the motions. Each motion addresses the need of the respective defendant for more time to complete his assistance and cooperation with the Government, and each defendant waives their right to a speedy trial so that this may be accomplished. In addition, Defendant Williams in Doc. 64 and Defendant Hall in Doc. 65 both seek continuances because new counsel was recently appointed, and counsel has not had an adequate opportunity to review the Government's discovery or to prepare for trial. The Court finds that because of this, a failure to grant a continuance would deny defense counsel reasonable time to effectively prepare, and that the ends of justice served outweigh the interests of the public and the Defendant in a speedy trial. *See, e.g.,* 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, the motions to continue are granted.

During the telephone conference, Defendant Coney also requested a continuance in his

trial so that he may be tried with his co-defendants.  The Government does not object to the continuance.  The Court finds that the interests of justice are served by granting the continuance and outweigh any countervailing interests.  *See, e.g.,* 18 U.S.C. § 3161(h)(7) (finding the interests of justice served outweigh the interests of the public and the defendant in a speedy trial and excusing a reasonable period of delay to try the defendants together from the computation of the time for commencement of a criminal trial.)  Accordingly, the trials of Defendant Campbell, Defendant Hall, Defendant Williams, and Defendant Coney, currently set for Tuesday, October 10, 2006, are reset for Tuesday, November 14, 2006, at 12:30.

**DONE AND ORDERED** this   *11th* day of October, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge