IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 1:06-cr-00027-MP-AK

FREDERICK CHARLES HALL,

    Defendant.
_____/

## **O R D E R**

This Matter Is Before the Court on Doc. 161, Motion to Continue Disposition by Frederick Charles Hall.  The government does not object.  The motion is granted, and the disposition hearing is reset for Friday August 3, 2007, at 10:00 a.m.

**DONE AND ORDERED** this  *7th*  day of June, 2007

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge