IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:06-cr-00027-MP-AK

FREDERICK CHARLES HALL,
GIOVANNI G. CONEY,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 172, Motion to Continue Sentencing, filed by Defendant Frederick Hall. In his motion, Defendant Hall states that he is currently cooperating with the Government, and requests a continuance of his sentencing so that his assistance may be evaluated. The Government does not object to the requested continuance. Therefore, the motion is granted, and Defendant Hall's sentencing hearing is continued to Thursday, September 13, 2007, at 2:00 p.m.

Also, on August 2, 2007, Defendant Giovanni Coney and the Government appeared before the Court, and requested a continuance of Defendant Coney's sentencing, scheduled for August 3, 2007. This request is granted, and Defendant Coney's sentencing hearing is continued to Thursday, September 13, 2007, at 10:00 a.m. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    Defendant Frederick Hall's Motion to Continue Sentencing, Doc. 172, is granted, and Defendant Hall's sentencing is continued to Thursday, September 13, 2007, at 2:00 p.m.

    2.    Defendant Coney's sentencing is continued to Thursday, September 13, 2007, at 10:00 a.m.

    **DONE AND ORDERED** this   _2nd_ day of August, 2007

     *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

*Case No: 1:06-cr-00027-MP-AK*