IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                        CASE NO. 1:06-cr-00027-MP-AK

FREDERICK CHARLES HALL,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 202, Motion to Continue Disposition, filed by Defendant Frederick Hall. In his motion, Defendant Hall states that he has been released pending sentencing, and is currently completing the terms of his plea and cooperation agreement with the Government. Because of this, Defendant requests that his sentencing hearing, currently set for March 20, 2008, be continued. The Government does not object to the requested continuance, and joins in the motion because of a scheduling conflict. Accordingly, Defendant Hall's motion is granted, and the sentencing hearing is continued to Wednesday May 28, 2008 at 10:00 a.m.

    **DONE AND ORDERED** this   *20th* day of March, 2008

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge