IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        CASE NO. 1:06-cr-00027-MP -AK

FREDERICK CHARLES HALL,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 232, Motion to Receive a Courtesy Copy of Doc.115, Plea Agreement, and Doc. 204, Certification of Substantial Assistance, by Frederick Charles Hall. Defendant Hall requests copies of his plea agreement and the government's certification of substantial assistance to assist in his post-conviction motion for relief. The government has no objection to this request. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The motion to receive courtesy copies of Doc. 115 and Doc. 204 is GRANTED.

2.     The Clerk is directed to forward copies of Doc. 115, Plea Agreement, and Doc. 204, Certification of Substantial Assistance, to Defendant.

**DONE AND ORDERED** this   5th day of April, 2011

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge